## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

DARLENNA FRANKLIN and
CURTIS FRANKLIN, on behalf of themselves
and all others similarly situated,

                Case No. 1:18-cv-00587

          Plaintiffs,

v.

MANUFACTURERS AND
TRADERS TRUST COMPANY, d/b/a
M&T BANK,

          Defendant.

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CLASS CERTIFICATION AND ENTRY OF SCHEDULING ORDER

Plaintiffs Darlenna Franklin and Curtis Franklin respectfully submit the above-styled motion and request the following:

1.     That the Court enter an order preliminarily approving the proposed Settlement Agreement, attached as Exhibit A, and directing the parties to carry out their obligations pursuant to the Settlement Agreement;

2.     That the Court enter an order conditionally certifying this case as a class action for settlement purposes only and defining, with reference to specific definitions in the Settlement Agreement, the "Settlement Class" as:

> Consumers with a West Virginia property securing their Mortgage Loan account with M&T who were assessed property inspection fees or attorney fees when the account was in default during the Class Period, and who have not previously executed a release of their claims as to M&T.

3.     Any person who excludes himself or herself shall not be a member of the Settlement Class;

4.      Designating Plaintiffs Darlenna Franklin and Curtis Franklin as the representatives for the Settlement Class and designating their attorneys as Class Counsel;

5.      Approving the form and manner of class notice;

6.      That the Court adopt the following proposed schedule, the Court's calendar permitting, for completion of remaining tasks:

   a.  Class Notice Mailed:  30 days after preliminary approval;

   b.  Objection/Exclusion Date:  30 days after the mailing of class notice;

   c.  Final Approval Submissions:  30 days after objection/exclusion date;

   d.  Final Approval Hearing:  approximately 14 days after final approval submissions.

7.      Pending the outcome of a final fairness hearing, preliminarily enjoining all members of the Settlement Class and those purporting to act on their behalf from commencing, prosecuting, or maintaining any claim against the Released Entities already asserted in or encompassed by the Actions as defined in the Settlement Agreement.

8.      Plaintiffs are authorized to state that Defendant M&T Bank does not oppose this motion.

Grounds for this motion are set forth in the accompanying Memorandum.

Attached to this motion are the following exhibits:

Exhibit A:      Class Action Settlement Agreement and Exhibits;

Exhibit B:      Declaration of Jonathan R. Marshall.

Respectfully submitted,

Plaintiffs,
By Counsel.

*s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
(856) 324-8219

Steven R. Broadwater, Jr. (WVSB # 11355)
Hamilton, Burgess, Young & Pollard, P.L.L.C.
P.O. Box 959
Fayetteville, WV 25840
(304) 574-2727

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

DARLENNA FRANKLIN and
CURTIS FRANKLIN, on behalf of themselves
and all others similarly situated,

               Plaintiffs,

v.

MANUFACTURERS AND
TRADERS TRUST COMPANY, d/b/a
M&T BANK,

               Defendant.

Case No. 1:18-cv-00587

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May 2019, the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CLASS CERTIFICATION AND ENTRY OF SCHEDULING ORDER** was served on counsel of record through the CM/ECF system, which will notify the following CM/ECF participants:

Roy W. Arnold
Justin J. Kontul
Reed Smith LLP
Suite 1200
225 Fifth Avenue
Pittsburgh, PA 15222

David Owen
Goodwin & Goodwin, LLP
P. O. Box 2107
Charleston, WV 25328-2107

*s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)