## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

DARLENNA FRANKLIN and
CURTIS FRANKLIN, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.                                                                                                 Case No. 1:18-cv-00587

MANUFACTURERS AND
TRADERS TRUST COMPANY, d/b/a
M&T BANK,

    Defendant.

## Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Service Award

Plaintiffs, by counsel, respectfully move this Court for final approval of the settlement reached by the Plaintiffs and Defendant in this case, for an award of attorneys' fees and costs, awarding the Settlement Administrator his fees and costs, and for a service award as preliminarily approved by this Court on May 29, 2019. (ECF No. 31.) Specifically, Plaintiffs respectfully request that the Court enter an Order:

(1) Pursuant to Fed. R. Civ. P. 23(e), granting final approval in all respects of the terms and provisions of the Class Action Settlement Agreement ("Settlement Agreement"), which the Court preliminarily approved by Order entered on May 29, 2019;

(2) Awarding Plaintiffs and Class Representatives Curtis and Darlenna Franklin a shared service award of $5000 in recognition of their service to the class;

(3) Awarding Class Counsel their attorneys' fees from the settlement fund in the amount of $165,264.00, which represents 33 percent of the settlement fund;

(4) Awarding Class Counsel their litigation expenses from the settlement fund in the amount of $1,722.38;

(5) Awarding the Class Administrator his administrative costs and fees from the settlement fund;

(6) Dismissing the class claims of the Plaintiffs and the class members in this action with prejudice;

(7) Incorporating the releases as set forth in Section 6 of the Settlement Agreement together with the definitions in paragraphs 1.1 through 1.26 relating thereto;

(8) Ordering that, upon the Effective Date, Plaintiffs and Settlement Class Members, are forever barred and enjoined from commencing, instituting or continuing to prosecute any action or any proceeding in any court of law or equity, arbitration tribunal, administrative forum, or other forum of any kind (whether within the United States or not) asserting any of the Settled Claims against any of the Released Persons;

(9) Ordering that, upon the Effective Date, Plaintiffs and Settlement Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally and forever released, relinquished and discharged all Settled Claims against the Released Persons;

(10) Ordering that neither the Settlement Agreement nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Settlement Agreement or the Settlement:  (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Settled Claim, or of any wrongdoing or liability of the Released Persons; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Released Persons in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal.  The Settlement Agreement may be filed in

an action to enforce or interpret the terms of the Settlement Agreement, the Settlement contained therein, and any other documents executed in connection with the performance of the agreements embodied therein. Defendant and/or the other Released Persons may file the Settlement Agreement and/or this Judgment in any action that may be brought against it in order to support a defense or counterclaim based on the principles of *res judicata*, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar, or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim; and

(11) Retaining jurisdiction over this action for the purpose of interpretation and enforcement of the Class Action Settlement Agreement, including oversight of settlement administration and distribution of settlement funds.

Defendant does not oppose this motion. A proposed order granting final approval is attached. The Court has scheduled a final approval hearing for September 24, 2019.

WHEREFORE, Plaintiffs request that this Court grant this motion and enter a final order pursuant to the terms set forth above.

Respectfully submitted,

Plaintiffs,
By Counsel.

*s/ Patricia M. Kipnis*
Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
(856) 324-8219

Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

- and –

Steven R. Broadwater, Jr. (WVSB # 11355)
Hamilton, Burgess, Young & Pollard, P.L.L.C.
P.O. Box 959
Fayetteville, WV 25840
(304) 574-2727

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA**

DARLENNA FRANKLIN and
CURTIS FRANKLIN, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.                                                                                                    Case No. 1:18-cv-00587

MANUFACTURERS AND
TRADERS TRUST COMPANY, d/b/a
M&T BANK,

    Defendant.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of August 2019, the foregoing **Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Service Award** was served on counsel of record through the CM/ECF system, which will notify the following CM/ECF participants:

Roy W. Arnold
Justin J. Kontul
Reed Smith LLP
Suite 1200
225 Fifth Avenue
Pittsburgh, PA 15222

David Owen
Goodwin & Goodwin, LLP
P. O. Box 2107
Charleston, WV 25328-2107

                                          *s/ Patricia M. Kipnis*_____
                                          Patricia M. Kipnis (WVSB #12896)